[Nos. 51534-9-I; 51535-7-I;   Division One.   February 17, 2004.]
    51536-5-I.

THE STATE OF WASHINGTON, *Respondent* v. LESLIE KULL,
                    *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 01-1-09950-3, Charles W. Mertel, J., entered November 25, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Coleman and Baker, JJ.

[No. 51664-7-I.   Division One.   February 17, 2004.]

RREEF MANAGEMENT COMPANY,[†] ET AL., *Appellants*, v.
        DIAMOND PARKING, INC., *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 02-2-17551-1, Donald D. Haley, J., entered September 27 and December 13, 2002. *Reversed with instructions* by unpublished opinion per Appelwick, J., concurred in by Kennedy and Ellington, JJ.

[No. 51774-1-I.   Division One.   February 17, 2004.]

DANIEL K. NUNER, ET AL., *Appellants*, v. STEVEN MITCHELL, ET
    AL., *Defendants*, HEATHER RIDGE OWNERS ASSOCIATION,
                    *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 01-2-03644-1, Dean Scott Lum, J., entered May 20, July 2, and December 6, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Coleman, J., concurred in by Kennedy and Agid, JJ.

---

[†] RREEF Management Company was substituted for Convention Place, L.L.C., by court order dated September 3, 2003.